**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 15-cv-0281-WJM-KMT

ABBY LANDOW,
JEFFREY ALAN,
SUSAN WYMER,
LAWRENCE BEALL,
GREENPEACE INC., and
NANCY YORK

    Plaintiffs,

v.

CITY OF FORT COLLINS,

    Defendant.

## NOTICE OF DISCLOSURE

    Please take notice that the undersigned United States District Judge William J. Martínez, states as follows:

    I was a member of the Legal Panel for the American Civil Liberties Union of Colorado from approximately September 2006 to March 2010.  Notwithstanding this prior relationship, however, I have no previous knowledge or understanding of any of the facts or claims presented here.

    I strongly believe I can be fair and impartial to all parties and counsel in this case.  Nevertheless, any party wishing to suggest my recusal may do so within 10 days from the date of this notice.  Any such filing should discuss legal authority, if any, in support of the suggestion.

Dated this 13th day of February, 2015.

BY THE COURT:

_____
William J. Martínez
United States District Judge