IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 15-cv-0281-WJM-KMT

ABBY LANDOW,
JEFFREY ALAN,
SUSAN WYMER,
LAWRENCE BEALL,
GREENPEACE INC., and
NANCY YORK

    Plaintiffs,

v.

CITY OF FORT COLLINS,

    Defendant.

## ORDER

This matter is before the Court on Defendant's Motion for Judicial Recusal [ECF No. 20] (the "Motion"). Upon further review and consideration of the Motion, the Court ORDERS as follows:

1. The hearing on the Plaintiffs' Motion for Preliminary Injunction [ECF No. 2], currently set for Monday, March 2, 2015 is **VACATED.** In the event the Court denies the Motion, said hearing will be promptly reset on the Court's calendar;

2. The deadline by which Plaintiffs are to file their Response to the Motion is EXTENDED to **March 2, 2015**; and

3. No Reply in support of the Motion will be accepted from the Defendant.

Dated this 25th day of February, 2015.

BY THE COURT:

_____
William J. Martinez
United States District Judge